IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

UNITED STATES OF AMERICA,
ex rel. ARLEN SMITH, JERRY
HARRYMAN, and ROTISH SINGH,

        Plaintiff-Relators,

        v.

ARLEN SMITH, JERRY HARRYMAN, and
ROTISH SINGH, on behalf of themselves and on
behalf of all other similarly situated,

        Defendants.

        v.

COLETTE S. PETERS, Director, Oregon
Department of Corrections; BRIAN BELLEQUE,
Interim Deputy Director, Oregon Department of
Corrections; MITCH MORROW, formerly Deputy
Director, Oregon Department of Corrections; MIKE
GOWERS, Assistant Director, Oregon Department of
Corrections; STEVEN FRANKE, Administrator,
Oregon Department of Corrections; KIM
BROCKAMP, Administrator, Oregon Department

No. 2:14-cv-01982-SU

ORDER

of Corrections; KETTY RATHS, Administrator, Oregon Department of Corrections; ANITA NELSON, Administrator and Manager of Commissary Operations, Oregon Department of Corrections; and JOHN DOES numbers one through ten,

    Defendants (under False Claims Act and RICO claims)

 and

STATE OF OREGON and OREGON DEPARTMENT OF CORRECTIONS

    Defendants (under RICO and State-law claims)

    Defendants.

HERNÁNDEZ, District Judge:

 Magistrate Judge Patricia Sullivan issued a Findings & Recommendation [75] on May 3, 2018, recommending that Defendants' Motion to Dismiss Second Amended Complaint [59] be granted in part and denied in part. Plaintiffs have timely filed objections [84] to the Findings & Recommendation. The matter is now before the Court pursuant to 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72(b).

 When a party objects to any portion of the Magistrate Judge's Findings & Recommendation, the district court must make a *de novo* determination of that portion of the Magistrate Judge's report. 28 U.S.C. § 636(b)(1); *Dawson v. Marshall*, 561 F.3d 930, 932 (9th Cir. 2009); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

The Court carefully considered Plaintiffs' objections and concludes there is no basis to modify the Findings & Recommendation. The Court has also reviewed the pertinent portions of the record *de novo* and finds no errors in the Magistrate Judge's Findings & Recommendation.

CONCLUSION

The Court ADOPTS Magistrate Judge Sullivan's Findings & Recommendation [75], and therefore, Defendants' Motion to Dismiss Second Amended Complaint [59] is granted in part and denied in part consistent with Magistrate Judge Sullivan's recommendations.

IT IS SO ORDERED.

DATED this 14 day of September, 2018.

*Marco Hernández*
MARCO A. HERNÁNDEZ
United States District Judge